Certificate Number: 14912-PAM-DE-033913601

Bankruptcy Case Number: 19-05453


14912-PAM-DE-033913601

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 6, 2020</u>, at <u>7:23</u> o'clock <u>PM EST</u>, <u>Jeremiah Yohe</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  January 6, 2020                By:    /s/Jai Bhatt

                                      Name:  Jai Bhatt

                                      Title: Counselor