IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeremiah Russell Yohe<br>Kayla Precious Yohe | Chapter 13 |
| Debtors | 1:19-bk-05453-HWV |
| Jeremiah Russell Yohe<br>Kayla Precious Yohe | Motion to Extend Time |
| Movants | |

## MOTION FOR EXTENSION OF TIME

**AND NOW**, the Debtors, by and through their attorney, Dawn Cutaia, of Pugh & Cutaia, PLLC, file this Motion for Extension of Time and in support thereof state the following:

1. Debtors filed a Chapter 13 Bankruptcy petition on December 25, 2019.
2. Most of their paperwork was filed but Counsel is still working on the means test and plan. Debtors' remaining paperwork is due January 8, 2020.
3. This is the Debtors' first request for an extension.

**WHEREFORE**, Debtors respectfully requests this Honorable Court grant them an extension until February 08, 2020, to file all required documents.

Date: 01/08/2020                                                                                  Respectfully Submitted,

By:  **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor
115 East Philadelphia Street
York, PA 17401
717-304-1841
dmcutaia@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeremiah Russell Yohe | Chapter 13 |
| Kayla Precious Yohe | |
| Debtors | 1:19-bk-05453-HWV |
| | |
| Jeremiah Russell Yohe | Motion to Extend Time |
| Kayla Precious Yohe | |
| Movants | |

## ORDER

Upon consideration of the Debtors' Motion to Extend Time, said Motion is hereby **GRANTED** and the Debtors are given an extension until February 08, 2020, to file all required documents.