```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-05453-HWV
Jeremiah Russell Yohe                                               Chapter 13
Kayla Precious Yohe
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke            Page 1 of 1      Date Rcvd: Jan 29, 2020
                            Form ID: ntnew341          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
```
db/jdb         +Jeremiah Russell Yohe,    Kayla Precious Yohe,    1585 Church Rd,    York, PA 17408-1501
5285607        +Cap1/basspro,    Po Box 30281,    Salt Lake City, UT 84130-0281
5285608        +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
5285605         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5285610        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
5285612        +M & T Bank Mortgage,    Po Box 900,    Millsboro, DE 19966-0900
5285613         M&t Bank,    P.o. Box 619063,    Dallas, TX 75261-9063
5285614        +Sflndcorp,    One Letterman Drive,    San Francisco, CA 94129-1494
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 19:46:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5285606        +E-mail/Text: backoffice@affirm.com Jan 29 2020 19:42:37      Affirm Inc,
                 650 California St Fl 12,    San Francisco, CA 94108-2716
5287029         E-mail/Text: mrdiscen@discover.com Jan 29 2020 19:40:58      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5285609        +E-mail/Text: mrdiscen@discover.com Jan 29 2020 19:40:58      Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
5285603         E-mail/Text: cio.bncmail@irs.gov Jan 29 2020 19:41:42      Internal Revenue Service,
                 Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5285611         E-mail/Text: camanagement@mtb.com Jan 29 2020 19:41:49      M & T Bank,   Po Box 900,
                 Millsboro, DE 19966
5285615        +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 19:47:14      Syncb/lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
5285616        +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 19:46:23      Syncb/ppc,   Po Box 965005,
                 Orlando, FL 32896-5005
5285716        +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 19:46:23      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5285604        +E-mail/Text: kcm@yatb.com Jan 29 2020 19:40:58      York Adams Tax Bureau,   PO BOX 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Kayla Precious Yohe dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Jeremiah Russell Yohe dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeremiah Russell Yohe,

**Debtor 1**

Kayla Precious Yohe,
fka Kayla Precious Sweitzer,

**Debtor 2**

Chapter 13

Case No. 1:19–bk–05453–HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 5, 2020<br>Time: 09:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 29, 2020 |

ntnew341 (04/18)